People v Young (2024 NY Slip Op 01733)

People v Young

2024 NY Slip Op 01733

Decided on March 27, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
ROBERT J. MILLER
LILLIAN WAN, JJ.

2023-03738
2023-03742

[*1]The People of the State of New York, respondent,
v
Shantayne L. Young, appellant. (S.C.I. Nos. 197/21, 198/21)

Sharova Law Firm, Brooklyn, NY (Yelena Sharova of counsel), for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Andrew R. Kass of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by her motion, from (1) a sentence of the County Court, Orange County (William L. DeProspo, J.), imposed February 7, 2023, under Superior Court Information No. 197/21, and (2) a sentence of the same court imposed March 3, 2023, under Superior Court Information No. 198/21, upon her pleas of guilty, on the ground that the sentences were excessive.
ORDERED that the sentences are affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived her right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of her right to appeal precludes appellate review of her contention that the sentences imposed were excessive (see People v Lopez, 6 NY3d at 255).
DILLON, J.P., CHAMBERS, MILLER and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court